■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS MARTINO, Appellant. [716 NYS2d 603] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 8, 1999 (*People v Martino,* 259 AD2d 561), affirming a judgment of the Supreme Court, Queens County, rendered November 20, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., S. Miller, Florio and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK MATTHEWS, Appellant. [716 NYS2d 603] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 4, 1995 (*People v Matthews,* 222 AD2d 457), affirming a judgment of the Supreme Court, Kings County, rendered November 15, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, O'Brien and Santucci, JJ., concur.